UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America | No:  24 CR 153 |
| vs. | Magistrate Judge Keri L. Holleb Hotaling |
| Adam King | **UNDER SEAL** |

## ORDER

Arrest warrant issued to Special Agent, Federal Bureau of Investigation as to Adam King on 03/21/2024.

Date: 03/21/2024

_____
Keri L. Holleb Hotaling
United States Magistrate Judge