UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America | No: 24 CR 153 |
| vs. | |
| Adam King | Magistrate Judge Keri L. Holleb Hotaling |

**ORDER**

Initial appearance proceedings held on 03/22/24. Defendant appears in response to arrest on 03/22/24. Attorney Dena Singer appears as retained counsel for defendant. Defendant informed of his rights. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the Court confirms the prosecutor's continuing obligation under Brady vs. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. The Government's oral motion for pretrial detention based on defendant being a risk of flight and a danger to the community is entered and continued to 03/26/2024 at 1:30 p.m. At that time, defendant shall also be prepared to inform the Court as to his position on a preliminary examination hearing. The Government's oral motion to unseal this case is granted. The Clerk's Office is directed to unseal this case in its entirety forthwith. Defendant is hereby remanded into the custody of the United States Marshals Service and shall remain in custody until further order of the Court.

Date: 03/22/2024

_____
Keri L. Holleb Hotaling
United States Magistrate Judge