**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: USA v. KING                    Case Number: 24CR153

An appearance is hereby filed by the undersigned as attorney for:

Adam King

Attorney name (type or print): Jonathan Bedi

Firm: Bedi & Singer, LLP

Street address: 53 West Jackson #1101

City/State/Zip: Chicago, IL  60604

Bar ID Number: 6289029                    Telephone Number: 312-525-2017
(See item 3 in instructions)

Email Address: jbedi@bedisinger.com

Are you acting as lead counsel in this case?              ✔ Yes    ☐ No

Are you a member of the court's general bar?              ✔ Yes    ☐ No

Are you a member of the court's trial bar?               ✔ Yes    ☐ No

Are you appearing *pro hac vice*?                         ☐ Yes    ✔ No

If this case reaches trial, will you act as the trial attorney?   ✔ Yes    ☐ No

If this is a criminal case, check your status.

☑ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  3/22/2024

Attorney signature:    S/ Jonathan S, Bedi
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023