UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

  v.

ADAM STAFFORD KING

No. 24 CR 153
Hon. Keri L. Holleb Hotaling

## NOTICE OF APPEARANCE

Please take notice that the undersigned Assistant United States Attorney has

been assigned to the above case.

Respectfully submitted.

MORRIS PASQUAL
Acting United States Attorney

By: s/Amarjeet S. Bhachu
   AMARJEET S. BHACHU
   Assistant United States Attorney
   219 South Dearborn Street
   Fifth Floor
   Chicago, Illinois 60604
   (312) 469-6212

March 22, 2024