# Exhibit 1

March 24th, 2024

To Whom It May Concern:

Thank you for reading my letter in support of Adam King. My name is Katie Curran, and I am an assistant professor in veterinary oncology in Oregon. I have a joint appointment that includes clinical work, teaching, and research. I share my home with my husband Michael Kane, two young children, a Labrador, and a tabby cat.

I have known Adam King since the summer 2012. We met in orientation as we both prepared to start 3-year residency programs at Colorado State University. Adam was training to be a veterinary ophthalmologist, and I was training to be a veterinary oncologist. Our friendship formed quickly as we worked in an intensive animal hospital setting, and we often spent our free time together going out to dinner, watching movies, and playing board games. Right from our first meeting, Adam was kind, inclusive, funny, and smart. As part of our residency programs, we completed master's degrees, and Adam and I would often study together. We commonly had long workdays, and Adam always made time to discuss challenging topics with me as we prepared for exams. I routinely witnessed Adam working through emotionally taxing patient care alongside 4th-year veterinary students. He was always respectful and diligent, and was genuinely excited to discuss any learning topic. I will never forget working an overnight emergency shift, and Adam came into the hospital in the middle of the night to help with an ocular emergency. He sat down with the student assigned to the case and had a lengthy discussion about all the possible options. He stayed at the hospital until the treatment plans was settled. He was patient and thorough with the student and provided excellent care to the dog and its owner. I distinctly remember being impressed with Adam as a veterinarian and as a teacher, and I wanted to be more like him.

When our close personal friendship began, we were both single. Adam was openly gay, and we often spoke about dating and our hopes for finding partners. We both were considering using dating apps, and eventually he helped me make a dating profile. I always felt supported by Adam, and he would check up on me when I went on first dates. His encouragement and support helped me find my husband and my future family. I have always thought of him as a brother; empathetic, protective, ready to help, and very often fun. I am smiling as I write this, thinking of the fun and deep laughter we would share together.

In the summer of 2013, I was diagnosed with mononucleosis and had complications that led to hospitalization. Adam was a steadfast friend during this time. He spent time with me at the hospital each day, bringing food and conversation, and helping me navigate discussions with my medical team. When I was discharged from the hospital, I struggled to stand and could barely walk. Adam helped me through the difficult first few months of my recovery. He would take me grocery shopping and help me navigate the motorized carts. It was a very challenging time, and Adam was a caring and consistent friend.

Adam's family, particularly his parents, were a dependable presence in his life. We routinely had dinner together when they would visit Colorado. They have been supportive of

Adam's dream of becoming a veterinary ophthalmologist and were thrilled when Luke and Adam moved in together.

In 2015, our residency programs finished, and we both moved away from Colorado to pursue job opportunities. I moved to Oregon, and Adam and Luke moved to Chicago. I'm thankful we have been able to maintain a deep friendship even while living far apart. Adam is someone that I will love and depend on for my whole life. When my husband and I decided to get married, it was without hesitation that I asked Adam to be in our wedding party. Similarly, when we struggled through 4 years of infertility, Adam was endlessly supportive. We often talked about the struggle to have such deeply desired children, especially when faced with infertility or family-building as a same-sex couple. Discussions with Adam helped me navigate my feelings about having children that may not be genetically linked to myself or my husband.

Adam is an enthusiastic person with seemingly endless energy. He works very hard in his career, and finds time to volunteer as a dog show judge, attend musicals and plays with Luke, and gather friends over food. He is often making ribs, potatoes, and strawberry pie, and inviting people over to enjoy a special meal. I've often thought of how I wished we lived much closer to Adam, and that I hoped our families can take vacations together in the future.

I appreciate the opportunity to write this letter and share a summary of my relationship with Adam. My family and I are better for having Adam's support, enthusiasm, and kindness in our lives. Please let me know if any further information would be helpful. I am grateful for all that Adam has brought to my life and consider him one of my closest friends.

Sincerely,

3.24.2024

Katie (Kaitlin) Curran
5954 S.W. Amberwood Ave.
Corvallis, OR, 97333
Phone (cell): 203-675-5912

March 14, 2024

John and Deborah Grobe
1N550 Golf View Ln
Winfield IL 60190

Re: Letter of Character Reference for Adam King, DVM

To Whom It May Concern:

We are Adam King's Mother-in-Law and Father-in-Law. Deborah is retired as Head of the Environmental Protection Group at FermiLab after a lengthy career there and later as the Assistant to the General Manager at the Goodman Theatre. John is also retired after a lengthy career as an internationally recognized expert in operation, engineering and safety of nuclear power plants, first with the Nuclear Regulatory Commission and later with Exelon.

We first met Adam about 12 years ago when our son Lucas Grobe King and Adam began dating. At the time, Lucas was a pastor at the United Church of Christ in Longmont, Colorado and Adam was completing his residency in veterinary opthamology at Colorado State University. Upon visiting with them, we were immediately impressed with Adam's gentleness, easy-to-talk-to personality, quick wit and the love they both share. Not long after we met Adam, he accompanied Lucas to our eldest son's wedding in Switzerland and we were impressed with the ease in which he fit into our family, not only with us but also with our other two sons and their wives.

We have had the opportunity to get to know Adam very well since he and Lucas moved to the Chicago area in 2015. When we are with them, it is immediately obvious that the love they share is genuine and deep. Their wedding was the event of the year; so many of their friends attended from all over the country including friends from every walk of their young lives. Our family and friends still tell us that it was the most enjoyable wedding that they have ever attended. Friends from Adam's undergraduate, veterinary, internship and residency universities came from all over the country to help to celebrate their marriage. Adam is a good friend to many and the most impressive thing about this is that he not only makes friends of all ages but keeps them.

Adam is very active not only in the veterinary profession as a Board-Certified Veterinary Ophthalmologist but also in the dog show world. He was hired to set up and run the opthamology department at Chicago's MedVet, the leading veterinarian-owned and led network of specialty and emergency hospitals. At work as the staff ophthalmologist he is dedicated to delivering exceptional care and a deeply supportive experience to pets and their loving families. He is also the lead for MedVet nationally, as such Adam is considered a highly skilled leader in the veterinary profession, intelligent and capable of solving even the most difficult and complex health challenges which is all the more impressive that he has reached this status at such a young age. The Lincoln Park Zoo staff and the University of Illinois/ Chicago researchers often call upon Adam for his ophthalmologic expertise. Adam is truly dedicated to his profession and it is evident to all that he interacts with that his passion for saving and improving eyesight is real.

Adam has also been successfully breeding, handling and showing Havanese dogs since he was a teenager when he won the best of breed at the prestigious Westminster Dog Show. His work as a dog breeder, handler and now AKC dog judge are well-known and widely respected. The waitlist for his champion-bred dogs is years-long. Adam is well-respected by his colleagues in the dog world where he served as chair of the Genetics Committee for the American College of Veterinary Opthamologists, and currently sits on the Havanese Club of America Health Committee as well as the Judges Education Committee. He travels throughout the US to offer opportunities for breeders to complete the required OFA/CERF eye certifications for their dogs. As a dog show judge Adam is highly respected and his success has led to rapid advancement in the judging assignments. It is common that after losing in a showing that dog owners seek Adam out to ask his advice for how they can improve their showing. Adam has been selected to again judge in the prestigious 2024 Westminster Dog Show.

As a son-in-law we quickly came to love Adam's quick wit, loving attention to our son, Lucas, and his respectful and loving relationships with our elderly mothers. When not working Adam enjoys traveling and discovering new restaurants with his husband, family and friends. Adam and Lucas lead busy lives as very successful adults but they always make time to spend holidays and special times with us. Adam and Lucas have taken on hosting Thanksgiving dinners, inviting us, our moms when they were alive, colleagues and friends for an amazing meal cooked entirely by Adam. Many are the fun meals that we have shared together with engaging and honest conversation.

We share another interest with Adam and Lucas, theatre. Adam is extremely well-versed in theatre productions both in Chicago and New York City and we enjoy discussing, attending and planning theatre visits with them. When they take trips to NYC they are exploring new restaurants, meeting up with numerous friends and attending a marathon of theatre. As people who have been involved in theatre most of our adult lives, we are appreciative of Adam's extensive knowledge.

Adam makes friends easily and keeps them. Adam's honesty and trustworthiness, diligence, reliability, integrity and discretion are impeccable. This is illustrated by the respect shown to him by everyone that he encounters, professionally and casually, young and old.

We could not be prouder nor more supportive of Adam if he was our own son. In a world where dishonesty, divisiveness, hate and impatience have become way too common we need more Adam Kings.


Most Sincerely,

Deborah Woodard Grobe and John Arthur (Jack) Grobe
debgrobe@gmail.com; 240-813-5415
jagrobe@gmail.com; 240-813-5146

Jessica L. Ward
24490 680th Ave
Colo, IA 50056
jessica.ward@gmail.com

Jonathan S. Bedi
Bedi Singer, LLC
53 West Jackson Street, Suite 1101
Chicago, IL 60604
jbedi@bedisinger.com

March 18, 2024

To whom it may concern,

I am writing to offer an unwavering character reference for Dr. Adam King, whom I have known since our first day of veterinary school at North Carolina State University on August 6, 2007. My name is Dr. Jessica Ward, and I serve as an Associate Professor and Assistant Dean at the Iowa State University College of Veterinary Medicine.

Adam and I quickly formed a close bond during our time in veterinary school, and our friendship has only grown stronger over the past 17 years. Our shared experiences, from enduring the rigors of veterinary school to navigating the complexities of our personal and professional lives, have further solidified our connection.

Throughout our journey, I have witnessed Adam's unwavering integrity, resilience, and dedication firsthand. Despite facing setbacks, such as initially not matching to his preferred internship and residency programs, Adam never wavered in his determination to pursue his passion for veterinary ophthalmology. His ability to pivot in the face of adversity and pursue alternative paths is a testament to his strength of character.

After completing his residency and becoming board-certified in ophthalmology, Adam embarked on a successful career, initially working at a small private clinic before transitioning to a larger multi-specialty practice in downtown Chicago. His commitment to providing exceptional care to his patients and building strong relationships with his colleagues is evident in the praise he receives from clients and coworkers alike.

Beyond his professional achievements, Adam is deeply passionate about his hobby of breeding and showing dogs through the American Kennel Club. His expertise in this area, coupled with his genuine love for animals, has earned him respect within the dog show community and further highlights his multifaceted personality.

I have had the pleasure of getting to know Adam's family, including his parents, Kirby and Tina, and his husband, Lucas. From our interactions, it is clear that Adam comes from a supportive and loving family environment, which has undoubtedly played a role in shaping his character. Likewise, Adam and Lucas share a strong and supportive relationship built on mutual respect and love, which I have had the privilege of witnessing firsthand. I am so excited for Adam and Lucas to welcome baby Noah into their lives, and I am confident they will be exceptional parents surrounded by a wide circle of support from friends and family.

Beyond our personal friendship, Adam and I are members of a close-knit group from our veterinary class that has stayed connected over the 13 years since graduation. Several in our group now have children, and our gatherings give us the joy of seeing the next generation of our friends forming their own bonds. We even entertain the idea of our veterinary school "family" sharing a retirement community one day, growing old together. Adam's inspiring presence initially brought us together, and his personality continues to be the glue that keeps our bonds strong.

In addition to his professional and personal attributes, Adam possesses a unique blend of talents and quirks that make him truly unforgettable. From his culinary skills, showcased in his renowned pecan pie and gourmet macaroni and cheese, to his encyclopedic knowledge of show tunes, Adam never fails to leave a lasting impression. He is charismatic and hilariously funny, and also earnest and caring. His charisma and humor draw people to him, and his honesty and loyalty ensure that those relationships endure.

In conclusion, I wholeheartedly vouch for Adam's character. His integrity, warmth, and humor make him an invaluable asset to his friends, community, and profession. Adam has had an incredibly positive impact on my life and I am confident that ours will be a lifelong friendship.

Should you require further information or clarification, please do not hesitate to contact me.


_____
Jessica Ward

March 18, 2024
Date

March 19, 2024

To Whom It May Concern:

My name is Toni Somers and I am Adam King's aunt (Tina King is my sister), and my name is Lindon Somers and I am Adam King's uncle. I (Lindon) retired from George Koch Sons in Evansville, IN 22 years ago and I (Toni) retired from Mead Johnson (a subsidiary of Bristol Myers) 14 years ago. We have a daughter, Jennifer, who is married and has a daughter, Mallory.

We have known Adam since the day he was born and have been close to him all of his life. He was the cutest little baby, charming little boy, intelligent teenager, and has grown up to be an outstanding adult.

We (Lindon and Toni) have a lot of wonderful memories of Adam. Looking back on these memories makes us wish that we could go back to some of those days since our children have grown up way to fast. I remember going to Adam's childhood home to go swimming in their pool almost every weekend during the summer. Watching Jennifer and Adam play and swim in the pool just brought us joy in the fun they were having. They would race in the pool, have competitions on who could do the best flip/dive off the diving board, and just float around on animal floats. And, of course, they would argue over who got what toys to play with just like they were brother and sister. We always had a great time every summer at the King's house swimming in their pool and cooking out on their grill. During the winter months, the six of us would go to movies almost every Sunday afternoon and then go out to dinner. We have always been a very close knit family.

We (Lindon, Toni and Jennifer) and Tina, Kirby and Adam have gone on many summer vacations together throughout the years when our children still lived at home. We went to Colorado, Arkansas, Florida, Missouri, Mexico and even a cruise and always had a fantastic time. Everyone thought that Jennifer and Adam were sister and brother instead of cousins. Even though we are all still extremely close, it is hard to get all of us together as often as we did when our kids still lived at home.

Adam has always been very intelligent. He was an "A" student in grade school, high school and all through college and vet school. Adam participated in school plays in middle school and high school. He started out as just a member of the cast and later on in high school he usually had a leading role and even sang some solos which blew us away. I had tears in my eyes listening to him sing his solo in his last performance when he was a senior in high school.

Adam has a love for animals that is undescribable. As a little boy, he told us that he wanted to be a vet when he grew up. He had many different animals when he was growing up (dogs, cats, horses, rabbits, hamsters, pig and more that I can't even

remember)!  One of Adam's favorite dogs was a Havanese and when he got that dog he decided he wanted to show this dog in dog shows.  We all thought this would be a one time thing, but oh no!  Adam loved it and that was the beginning of dog shows on a regular basis and when he started winning there was no stopping him!!!  We were all so excited for him.

Adam went to college at Purdue University with the intent of becoming a veterinarian.  Knowing how hard it was to get into vet school, Adam worked very hard at Purdue and graduated magna cum laude with honors.  He was accepted into vet school in North Carolina and the rest is history.  He graduated vet school and went on to specialize in ophthalmology to become an animal ophthalmologist, practicing in Chicago, Illinois.

Adam has amazed us many times with the stories he tells us about the animals he has helped at the Lincoln Park Zoo and the Brookfield Zoo in Chicago.  He has done some amazing eye surgeries on different animals at both of these locations.  Sometimes he has even given them their eyesight back!  He is such a special human being!

Adam has also been breeding his Havanese dogs and continued showing them.  When he was just 21 years old, he qualified to show one of his dogs (Audrey) at the Westminster Dog Show in New York.  Surprising all of us, he won the Havanese group and went on to show Audrey in the Toy Group on national tv!  He did not win that group, but he sure opened the judges eyes and they all remembered him as he continued showing Audrey and some of his other Havanese.  After Adam started breeding his dogs, people from all over the United States have contacted him wanting to buy one of his dogs.  Adam has gracioulsy given us and also my daughter and her family each two of his dogs.  They are the love of our lives!

Adam has also become a judge at dog shows for certain dog breeds.  He has had to take and pass many tests to become a judge.  His dream is to become a judge at Westminster, which we totally believe will happen!

Adam also goes to many dog shows throughout the United States and Canada to conduct eye clinics for dogs.  At some of these eye clinics he examines the eyes of hundreds of dogs.  His love for these animals just blows me away!  You couldn't ask for a more dedicated person!

Adam met the love of his life, Luke, in Chicago.  When Adam brought him home to meet his mom and dad and also the rest of the family, we knew it was serious.  We all loved Luke as soon as we met him.  We could see how happy he made Adam.  A few years later they announced that they were getting married.  Our whole family was overjoyed for both of them.  Luke proposed to Adam at Lincoln Park Zoo in the elephant exhibit.  Luke had arranged for them to acutally enter the elephant exhibit and stand beside an elephant (elephants have always been Adam's favorite animal).  When Luke got down on one knee to propose to Adam, the elephant did too!  At this moment, a group of their friends came out from hiding to surprise Adam.  It was just a magical moment for both Adam and Luke.

Adam and Luke's wedding was stunning.  The wedding was held in a church in Chicago and the reception was held at Lincoln Park Zoo in a party venue.  The reception was simply amazing!  I have never seen Adam as happy as he was on that day.  All of his

friends from college and vet school flew in for the wedding. This group of friends has a bond that cannot be broken. I truly believe they will all be friends for life. It was a remarkable sight to see so many people have a friendship like they have.

In closing, Adam and Luke are an incredible couple. They love each other very much. They both enjoy traveling and going out to dinner with their friends and family. They both have loving families who support them in anything that they do.

_____  3-19-24

Lindon Somers

_____  3-19-24

Toni Somers

John King
514 E. Walnut St.
Boonville, IN. 47601
812-217-9106
Jhk 2652 a Gmail. com

To Whom It May Concern,

My name is John King, Adam's Father, Kirby, is my younger Brother. As Adam's Uncle I have known him since his birth I am a retired law enforcent officer who worked the "Streets" of my county for 32 years

Adam's persona and character have never been called into question to my knowledge In the considerable amount of time I've been with and around Adam during family functions etc. I've never witnessed any behavior that would alter my high opinion of him. He is not deceitful and has an aura of decency and integrity. He will "look you in the eye" like a man should

In my experience being around Adam, "moral turpitude" and synonyms and examples of such, are a total antithesis of his being Adam's involvement with and love for animals provides a "window" into his true character

His childhood and family life were totally positive. Adam had unwavering support of both parents in the home, his various extended family on both sides →

(2)

AND A PATERNAL GRANDMOTHER (NOW DECEASED) WITH WHOM HE WAS PARTICULARLY CLOSE

ADAM'S EDUCATIONAL AND EMPLOYMENT RECORDS SPEAK FOR THEMSELVES. HIS WORK AS A SPECIALTY VETERINARIAN AND HIS HOBBIES OF BREEDING AND SHOWING DOGS INDICATES THE ENDEAVORS TO WHICH HE IS EMOTIONALLY AND INTELLECTUALLY TIED

JOHN KING

John H. King

3-22-24