IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, | |
| Plaintiff, | 24CR153 |
| v. | |
| Adam King, | |
| Defendant | |

## UNOPPOSED MOTION FOR PERMISSION TO ISSUE EARLY RETURN OF SUBPOENAS AND FOR PRODUCTION DIRECTLY TO THE PARTIES

Now comes the Defendant, ADAM KING, by his attorney, Bedi & Singer, LLP and pursuant to Federal Rule of Criminal Procedure 17(c) and the Sixth Amendment to the Constitution hereby moves this Honorable Court enter and order allowing all parties to issue subpoenas for documents and objects, to have the early return of such subpoenas prior to trial and to permit the compliance with the subpoenas by production of those documents or objects directly to the party issuing the subpoena. The undersigned Counsel has spoken with the government who does not oppose this request.

Respectfully submitted,

/s/ Jonathan S. Bedi
Jonathan S. Bedi
Dena M. Singer
Bedi & Singer, LLP
53 West Jackson #1101

Chicago, IL 60604
(312) 525 2017
dsinger@bedisinger.com
jbedi@bedisinger.com
**Attorneys for the Defendant**

## <u>Certificate of Service</u>

I, Jonathan S. Bedi, hereby certify that I caused a copy of the foregoing to be electronically filed with the CM/ECF system.

<u>/s/ Jonathan S. Bedi</u>
Jonathan S. Bedi