**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                        Case No.: 1:24–cr–00153

                                        Honorable Keri L. Holleb Hotaling

Adam Stafford King

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 26, 2024:

        MINUTE entry before the Honorable Keri L. Holleb Hotaling: Detention hearing as to Adam Stafford King held on 3/26/2024. For the reasons stated in open court, the Government's motion for detention pending trial is granted and defendant's motion for release from custody [10] is denied. Defendant shall remain in custody pending further order of the Court. Written Order to follow. The unopposed motion for permission to issue early return of subpoenas and for production directly to the parties [11] is granted. The Government's oral motion for entry of a protective order governing discovery is granted. Preliminary Examination set for 4/1/2024 at 1:30 p.m. in courtroom 1700. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.