

**FILED**
3/27/2024 JCM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ADAM STAFFORD KING

Case Number: 24 CR 153

**1:24-CR-00153**

Violation: Title 18, United States Code,
Section 2252A(a)(2)(A)

**JUDGE HUNT
MAGISTRATE JUDGE HOLLEB HOTALING**

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about September 11, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

ADAM STAFFORD KING,

defendant herein, knowingly distributed or caused to be distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate commerce, and shipped and transported in and affecting interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

A TRUE BILL:

_____
FOREPERSON

_____
signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY