CAT. 3

FILED
3/27/2024 JCM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE HUNT
MAGISTRATE JUDGE HOLLEB HOTALING

**FELONY**

**1:24-CR-00153**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1.   Is this an indictment arising out of offenses charged in one or more previously filed complaints signed by a magistrate judge? **Yes**

   1a.   If the answer is "Yes," list the case number and title of the earliest filed complaint: **24 CR 153, US v. Adam Stafford King**

   1b.   Should this indictment receive a new case number from the Court? **No**

2.   Is this an indictment that supersedes one or more previously filed indictments? **No**

   2a.   If the answer is "Yes," list the case number and title of the earliest filed superseded indictment and the name of the assigned judge (Local Rule 40.3(b)(2)): **N/A**

3.   Is this a re-filing of a previously dismissed indictment? **No**

4.   Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5.   Is this a transfer of probation supervision from another district to this District? **No**

6.   What level of offense is this indictment? **Felony**

7.   Does this indictment involve eight or more defendants? **No**

8.   Does this indictment include a conspiracy count? **No**

9.   Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Other Federal Statutes (III)**

10.   List the statute of each of the offenses charged in the indictment.
   **Title 18, United States Code, Section 2252A(a)(2)(A) (Count One)**

*/s/ Brandon D. Stone*
Brandon D. Stone
Assistant United States Attorney