# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                    Case No.: 1:24–cr–00153

                                    Honorable LaShonda A. Hunt

Adam Stafford King

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2024:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: For the reasons stated in the Memorandum Opinion and Order entered this day, the Court finds that the presumption of detention applies, and even if it did not, the government has demonstrated by clear and convincing evidence that there are no conditions of release for King that can reasonably assure the safety of the community if he was released on conditions. Accordingly, the government's motion for detention pending trial pursuant to 18 U.S.C. § 3142(e) is granted and King's motion for release from custody [Dkt. 10] is denied. Defendant King shall remain in custody pending further order of the Court. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.