UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 24 CR 153 |
| | ) | |
| | ) | |
| ADAM KING | ) | |

## MOTION TO FILE EXHIBIT UNDER SEAL

Adam King, through his attorney, Bedi & Singer, LLP, respectfully requests this Honorable Court, pursuant to Local Rule 26.2, allow the defense to file under seal the exhibit related to his motion to revoke or amend the detention order.

1. Dr. King is currently charged with one count of distributing child pornography, in violation of 18 U.S.C. 2252A(a)(2)(A). Dkt. 1.

2. Dr. King's charges gained significant media attention.

3. As Dr. King's motion explains, his residence is relatively isolated. The exhibit is a screenshot from google maps that discloses his address and location of his home.

4. Due to this sensitive information, Dr. King requests permission to file this exhibit under seal.

5. The defense will provide a copy of this exhibit to the government.

WHEREFORE, Adam King, through counsel, respectfully requests this Honorable Court allow him to file under seal his exhibit to his motion to revoke or amend the detention order.

By: s/ Jonathan S. Bedi

Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson Blvd, Suite 1101

1

Chicago, IL 60604
Phone: (312) 525-2017
jbedi@bedisinger.com
**Attorney for Defendant**

## Certificate of Service

I, Jonathan S. Bedi, hereby certify I caused a copy of the foregoing Motion to be served on upon the Assistant United States Attorney by causing it to be electronically filed with the Clerk of the Court using the CM/ECF system.

/s/ Jonathan S. Bedi
Jonathan S. Bedi