UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 24 CR 153 |
| | ) | |
| ADAM KING | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE HIS MOTION FOR REVOCATION OR AMENDMENT OF DETENTION ORDER IN EXCESS OF FIFTEEN PAGES**

Adam King, by and through his attorney, Bedi & Singer, LLP, pursuant to Local Rule 7.1 respectfully requests this Court grant him leave to file his motion for revocation or amendment of the detention order in excess of fifteen pages. In support of this motion, Dr. King states:

1. Dr. King is currently charged with one count of distributing child pornography, in violation of 18 U.S.C. 2252A(a)(2)(A). Dkt. 1.

2. The government orally moved to detain Dr. King pending trial. Dr. King filed a motion in opposition supporting his release. Dkt. 10. The government filed a response. Dkt. 14.

3. On March 26, 2024, a detention hearing was held, and the magistrate judge ordered that Dr. King be detained pending trial. Dkt. 24.

4. Dr. King now requests this Court revoke or amend the magistrate judge's detention order pursuant to 18 U.S.C. § 3145(b).

5. Local Rule 7.1 provides, in summary, that a reply brief shall not exceed 15 pages without the court's approval.

6. Due to the many factual and legal arguments needed to be made in Dr. King's case, the undersigned counsel cannot properly address all necessary arguments within the fifteen page limitation set forth in Local Rule 7.1.

WHEREFORE, for the reasons set forth herein, Dr. King requests that the Court grant him leave to file his reply to the government's response in excess of fifteen pages.

Respectfully submitted,

/s/ Jonathan S. Bedi
Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson Blvd., Suite 1101
Chicago, IL 60604
(312) 525 2017
dsinger@bedisinger.com
**Attorney for the Defendant**

## CERTIFICATE OF SERVICE

I, Jonathan S. Bedi, Attorney at Law, hereby certifies that the foregoing Motion was served, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Jonathan S. Bedi
Jonathan S. Bedi