# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

      v.

ADAM KING,

    Defendant.

24 CR 153

## NOTICE OF MOTION

TO: All Counsel of Record (ECF)

Please Take Notice that on Thursday, May 9, 2024, at 10:30 am or as soon thereafter as we may be heard, we shall appear before Honorable Judge Hunt of the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant's Motion For Revocation or Amendment of Detention Order**, a copy of which is hereby served upon you.

                    Respectfully submitted,

                    /s/ Jonathan S. Bedi
                    Jonathan S. Bedi
                    Bedi & Singer, LLP
                    53 West Jackson 31505
                    Chicago, IL 60604
                    (312) 525 2017
                    jbedi@bedisinger.com

## CERTIFICATE OF SERVICE

I, Jonathan S. Bedi, hereby certifies that the foregoing Notice of Motion was served in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


/s/ Jonathan S. Bedi
Jonathan S. Bedi

Bedi & Singer, LLP
53 West Jackson #1505
Chicago, IL 60604
o: (312) 525 2017
jbedi@bedisinger.com