**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                             Case No.: 1:24–cr–00153
                                             Honorable LaShonda A. Hunt

Adam Stafford King

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 26, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt as to Adam Stafford King (1): Defendant's Motion to File Exhibit Under Seal [29] is granted. The exhibit filed at [32] shall remain sealed until further court order. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.