## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                      Case No.: 1:24–cr–00153

                                      Honorable LaShonda A. Hunt

Adam Stafford King

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 26, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Upon consideration of Defendant's Motion for Revocation or Amendment of Detention Order [31], the Court orders the Government to file a response by 5/6/24. Defendant's motion for leave to file brief in excess of fifteen pages [30] is granted. The Government is granted leave to file a response brief not to exceed 28 pages. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.